UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 12 B 25815
                                          CHAPTER 13
MARLON E HARVEY

                                          JUDGE JACQUELINE P COX

       DEBTOR                             **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN
files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed
below has been paid in full.

**Name of Creditor:**  <u>SUNTRUST MORTGAGE</u>

---

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 7 | 3 | 5698 1747 W 100TH | $25,385.42 | $24,000.00 | $24,000.00 |
| Total Amount Paid by Trustee | | | | | $24,000.00 |

---

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

__ Through the Chapter 13 Conduit          **X**  Direct by the Debtor

---

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a
Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the
Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor
has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is
otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends
remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the
holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 12-25815-JPC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 14th day of September, 2015.

Debtor:
MARLON E HARVEY
1747 W 100TH PL
CHICAGO, IL  60643

Attorney:
BENJAMIN E STARKS
11528 S HALSTED
CHICAGO, IL  60628
via Clerk's ECF noticing procedures

Creditor:
SUNTRUST MORTGAGE
PO BOX 27767
RICHMOND, VA  23261-7767

Mortgage Creditor:
SUNTRUST MORTGAGE INC
% CODILIS & ASSOC
15W030 N FRONTAGE RD #100
BURR RIDGE, IL  60527

Mortgage Creditor:
BANK OF AMERICA
% NOONAN & LIEBERMAN
105 W ADAMS #1800
CHICAGO, IL  60603

Mortgage Creditor:
CHICAGO PATROLMENS FEDERAL
CU
% TRUNKETT & TRUNKETT
20 N WACKER DR # 1434
CHICAGO, IL  60606

Mortgage Creditor:
CHICAGO PATROLMENS FEDERAL
CU
% TRUNKETT & TRUNKETT
20 N WACKER DR # 1434
CHICAGO, IL  60606

Mortgage Creditor:
WELLS FARGO BANK NA
% BANK OF AMERICA NA
7105 CORPORATE DR
MSTX29820303
PLANO, TX  75024

ELECTRONIC SERVICE - United States Trustee

Date:  September 14, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603